No. 91–8654. PARROTT *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–8655. LOUDERMILK *v.* DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 91–8656. MENDACINO *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 91–8657. LOGGINS *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 91–8658. OVERTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8659. BLACKBURN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8660. BROWN *v.* KAUTZKY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–8661. CLARK *v.* COLE ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–8662. BARRETT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8663. CANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8664. BORDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8665. CARTER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–8666. BENICH *v.* NEAL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8667. KINNELL *v.* KANSAS ET AL. C. A. 10th Cir. Certiorari denied.